IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                       No. CIV S-08-1948 LKK GGH

  vs.

CHERYL A. PINCOMBE,

        Defendant.                     ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on January 15, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The January 15, 2009 hearing on the motion for default judgment, filed December 8, 2008, is vacated; and

        2. The motion is submitted on the record.

DATED: January 13, 2009

                                      /s/ Gregory G. Hollows
                                      U. S. MAGISTRATE JUDGE

GGH:076:Johnson1948.vac.wpd